ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -
Windward Bora LLC,

           Plaintiff,         ORDER & JUDGMENT

    v.

Yoo Mi Min, Ji Youn Min, and
Board of Managers of 1600 Broadway
On the Square Condominium,     20 Civ. 1133(LLS)

           Defendants.
- - - - - - - - - - - - - - - - - -X

    Without opposition and it sufficiently appearing that under the statute of limitations the mortgage became unenforceable on and after April 13, 2018, defendants' motion for summary judgment is granted, and the Clerk will enter judgment: directing the New York County Clerk to cancel and discharge the record of the mortgage on 1600 Broadway, 8C, NYC 10019 (Block 1020, Lot 1127) recorded on September 26, 2007, City Registration File No.(CRFN): 2007000494028, and dismissing and closing this case.

Dated:    June 25, 2020
          New York, New York

                                        *Louis L. Stanton*
                                      LOUIS L. STANTON
                                        U. S. D. J.