# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Windward Bora LLC,

                Plaintiff,                20 **CIVIL** 1133 (LLS)

    -against-                          **JUDGMENT**

Yoo Mi Min , Ji Youn Min , and
Board of Managers of 1600 Broadway
On the Square Condominium,

                Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Judgment dated June 25, 2020, the New York County Clerk is directed to cancel and discharge the record of the mortgage on 1600 Broadway, 8C, NYC 10019 (Block 1020, Lot 1127) recorded on September 26, 2007, City Registration File No. (CRFN); 2007000494028; accordingly, the case is dismissed and closed.

**Dated:**  New York, New York
           June 25, 2020

                                                         **RUBY J. KRAJICK**
                                                         _____
                                                              **Clerk of Court**
                                      **BY:**
                                                          _____
                                                              **Deputy Clerk**